**RECEIVED**
IN ALEXANDRIA, LA.

FEB 1 5 2013

TONY R. MOORE, CLERK
BY_____
   DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| WILLIAM TROY MANNING<br>LA. DOC # 508885<br>VS. | CIVIL ACTION NO. 3:12-cv-2753<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, CLAIBORNE PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for writ of habeas corpus pursuant to Section 2254 be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15th day of _____, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE