

**RECEIVED**
IN ALEXANDRIA, LA.

MAR 1 4 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WILLIAM TROY MANNIN** | **CIVIL ACTION NO. 1:12CV2753** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **WARDEN CLAIBORNE PARISH DET. CTR.** | **MAGISTRATE JUDGE HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

✓ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Alexandria_, Louisiana, this _14th_ day of _March_, 2013.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE